IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PAUL HALL | : | CIVIL ACTION |
| | : | |
| | : | NO. 22-1951 |

## ORDER

AND NOW, this 19th day of July, 2022, upon consideration of Plaintiff Paul Hall's Amended Complaint (ECF No. 7) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to add Victoria Dupree Miller; Stephen J. Walters; Judge Debra Bowers; David Stern; Bethann Naples; and Judge David Conroy as Defendants in this case in accordance with the caption of the Amended Complaint.

2. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ *R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**